IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REGIONS BANK

    PLAINTIFF,

v.

                                     Case No. 07-5045

BOUA VANG YANG AND YING VANG

    DEFENDANTS.

## ORDER APPROVING COMMISSIONER'S DEED

On this day is presented to the Court the Commissioner's Deed of Brenda DeShields, Commissioner appointed to execute the Judgment rendered in the above-styled cause, and the Court having examined the Commissioner's Deed to Regions Bank, the purchaser of the real and personal property described in the Judgment of the Court and in said Commissioner's Deed, the Commissioner's Deed is in all things approved and confirmed. And the Commissioner, having acknowledged that she has executed the Commissioner's Deed to said purchaser, thereby conveying the land and personalty more specifically described in the Judgment and Commissioner's Deed, for the consideration and purposes set forth therein, it is therefore ORDERED that the Commissioner's Deed be approved and confirmed and that this order and acknowledgment be entered upon the record along with said Commissioner's Deed, and certified by the Court Clerk under the seal of this Court.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**JUN 1 4 2007**

CHRIS R. JOHNSON, CLERK

BY

    DEPUTY CLERK

UNITED STATES DISTRICT JUDGE

Date: June 14, 2007